GEORGE G. WEICKHARDT (SBN 58586)
WENDY C. KROG (SBN 257010)
ROPERS, MAJESKI, KOHN & BENTLEY, PC
201 Spear Street, Suite 1000
San Francisco, CA 94105-1667
Telephone: (415) 543-4800
Facsimile: (415) 972-6301
Email: gweickhardt@rmkb.com
wkrog@rmkb.com

Attorneys for Defendant
CHASE BANK USA, N.A.

E-filing

Filed
MAY 1 6 2012
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

ADR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE

VICTORIA SMITH,

    Plaintiff,

v.

CHASE BANK USA, NATIONAL ASSOCIATION an FDIC insured corporation and DOES 1 through 100 inclusive,

    Defendants.

CASE NO. CV-12-02510  HRL

**NOTICE OF REMOVAL OF CIVIL ACTION FROM STATE COURT TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to 28 U.S.C. § 1441(a), defendant Chase Bank USA, N.A. ("Chase") hereby removes the above-entitled action from the Superior Court of the State of California in and for the County of Santa Clara to the United States District Court for the Northern District of California based on the following facts:

1. On or about April 16, 2012, plaintiff Victoria Smith filed an action in the Superior Court of California for the County of Santa Clara, entitled *Victoria Smith v. Chase Bank USA, National Association, et al.*, Case No. 112CV222574 ("the Action"). Copies of the summons and

RC1/6464023.1/CC11

NOTICE OF REMOVAL OF CIVIL ACTION
FROM STATE COURT TO THE UNITED
STATES DISTRICT COURT FOR THE

1    complaint filed in the Action are attached hereto as Exhibit A. These are the only papers and
2    pleadings available in the Action.

3      2.      The Action alleges violations of the Fair Credit Reporting Act, 15 U.S.C. §1681s-
4    2, et seq., the California Song-Beverly Credit Card Act, Cal. Civ. Code §1741, the California
5    Consumer Credit Reporting Act (CCRAA"), Cal. Civ. Code § 1785.1, et seq., and the California
6    Business & Professions Code § 17200. The Action also asserts causes of actions for libel,
7    intentional and negligent infliction of emotional distress, deceit, and constructive fraud. See
8    Complaint, ¶ 1.

9      3.      The Action is a case under which this Court has original jurisdiction pursuant to 28
10   U.S.C. § 1331, and is one which may be removed to this Court by a defendant pursuant to the
11   provisions of 28 U.S.C. § 1441(a), in that plaintiff alleges claims under the Federal Fair Credit
12   Reporting Act in the following paragraphs:

13      a.      Paragraph 1: "Plaintiff seeks monetary, declaratory and injunctive relief
14   based on violations of Fair Credit Reporting Act, 15 U.S.C. 1681s-2 et. seq., . . ."

15      b.      Paragraph 20: "The actions of Creditor as alleged herein are acts in
16   violation of the Fair Credit Reporting Act, 15 U.S.C. § 1681s-2(b)."

17      c.      Paragraph 31: "Equifax and Experian sent notice of Plaintiff's dispute to
18   Creditor pursuant to Section 1681i(a)(2) of the Fair Credit Reporting Act. Creditor was thereafter
19   under a duty to reasonably investigate Plaintiffs dispute pursuant to section 15 U.S.C. 1681s-
20   2(b)."

21      d.      Paragraph 34: "Plaintiff is informed that Creditor separately violated
22   1681s-2(b) by failing to report to Equifax that the account information was in dispute after
23   receiving notice of Plaintiff's dispute from Equifax."

24      e.      Paragraph 35: "Creditor should have discovered the inaccuracies on
25   Plaintiff's credit report through its investigation and should have modified, deleted, or blocked
26   said information pursuant to 15 U.S.C. § 1681s-2(b)(1)(E)."

27      f.      Paragraph 36: ". . . creditor willfully and negligently failed to comply with
28   its duty to investigate Plaintiff's dispute under 15 U.S.C. 1681(n) & (o)."

Ropers Majeski Kohn & Bentley
A Professional Corporation
San Francisco

      g.    Paragraph 64: "Additionally, these acts and practices were and were likely to continue to mislead the general public in that they constitute violations of Fair Credit Reporting Act, 15 U.S.C. § 1681s-2(b)..."

      h.    PRAYER, Paragraph b: "Award $10,000 in statutory and actual damages pursuant to 15 U.S.C. § 1681n..."

      i.    PRAYER, Paragraph c: "Award punitive damages in order to deter further unlawful conduct pursuant to 15 U.S.C. § 1681n..."

      j.    PRAYER, Paragraph e: "Award attorney's fees and costs of suit incurred herein pursuant to 15 U.S.C. § 1681 n & o..."

      k.    PRAYER, Paragraph f: "For determination by the Court that Creditor's policies and practices are unlawful and in willful violation of 15 U.S.C. § 1681n, et seq..."

      l.    PRAYER, Paragraph g: "For determination by the Court that Creditor's policies and practices are unlawful and in negligent violation of 15 U.S.C. § 1681o."

      m.    PRAYER, Paragraph h: "Enjoin Creditor from continuing its policies and practices pursuant to 15 U.S.C. § 1681n..."

4.    The Action is therefore specifically alleged to be a case that arises under Federal Law within the meaning of 28 U.S.C. § 1331.

5.    VENUE: Paragraphs three and four of plaintiff's complaint alleges that venue is proper in the County of Santa Clara, because the plaintiff "is an individual and currently resides in the county of Santa Clara, California." Complaint, ¶ 3. Based on plaintiff's allegations, venue of this action is proper in the San Jose division of this Court pursuant to L.R. 3-2(e).

6.    Chase was served with a copy of summons and complaint in the Action on April 17, 2012, and thirty days from that date have not elapsed. This notice of removal is therefore being filed within thirty days after service of a copy of the initial pleading setting forth the claims for relief upon which the Action or proceeding is based.

7.    For reasons stated above, Chase hereby removes the above-entitled Action to this Court.

1 | Dated: May 15, 2012 | ROPERS, MAJESKI, KOHN & BENTLEY, PC

By: /s/ Wendy C. Krog
GEORGE G. WEICKHARDT
WENDY C. KROG
Attorneys for Defendant
CHASE BANK USA, N.A.