UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VICTORIA SMITH, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> CHASE BANK USA, National Association, ) <br> ) <br> Defendant. ) <br> ) | Case No.: 12-CV-2510-LHK <br><br> ORDER DIRECTING PARTIES TO FILE A JOINT CASE MANAGEMENT STATEMENT; ORDER DIRECTING PARTIES TO FILE A REDACTED COPY OF THE REMOVED STATE COURT COMPLAINT |

ORDER TO FILE A JOINT CASE MANAGEMENT STATEMENT:

The parties have failed to file a Joint Case Management Statement 7 days in advance of the case management conference set for October 17, 2012, as required pursuant to Civil Local Rule 16-10(d). The parties are hereby ORDERED to file one joint case management statement by Monday, October 15, 2012, at noon. The statement must "report[] progress or changes since the last statement was filed and mak[e] proposals for the remainder of the case development process." Civ. L. R. 16-10(d).

ORDER TO FILE A REDACTED COPY OF THE REMOVED STATE COURT COMPLAINT:

On April 26, 2012, Plaintiff Victoria Smith ("the Plaintiff") filed this action against Defendant Chase Bank USA, National Association ("the Defendant") in the Superior Court for the County of Santa Clara. *See* Dkt. No. 1. On May 16, 2012, the Defendant removed this action to

1

Case No.: 12-CV-2510-LHK
ORDER DIRECTING PARTIES TO FILE A JOINT CASE MANAGEMENT STATEMENT; ORDER DIRECTING PARTIES TO FILE A REDACTED COPY OF THE REMOVED STATE COURT COMPLAINT

federal court. *Id.* The removed state court complaint contained confidential information. *See* Dkt. No. 13 (Plaintiff's Motion to Restrict Access) ("[the state court complaint] contains a name, social security number, date of birth, and/or an account number which is prohibited by Federal Rules of Civil Procedure 5.2(a)."). Accordingly, the Clerk restricted access to the state court complaint. *See* Dkt. No. 1, Att. 1 (state court complaint). In response to the Defendant's motions to dismiss (Dkt. Nos. 9 and 15), the Plaintiff has filed a first amended complaint and a second amended complaint. *See* Dkt. Nos. 12 and 20. The amended complaints do not contain confidential information, and are publically available. As of today, October 11, 2012, the public cannot access the removed state court complaint.

Public access to Court records is in the public interest. Accordingly, the Court ORDERS the parties to file a redacted version of the removed state court complaint by Monday, October 15, 2012, at noon.

**IT IS SO ORDERED.**

Dated: October 11, 2012

*[signature: Lucy H. Koh]*

LUCY H. KOH
United States District Judge