GEORGE G. WEICKHARDT (SBN 58586)
WENDY C. KROG (SBN 257010)
ROPERS, MAJESKI, KOHN & BENTLEY, PC
201 Spear Street, Suite 1000
San Francisco, CA 94105-1667
Telephone: (415) 543-4800
Facsimile: (415) 972-6301
Email: gweickhardt@rmkb.com
wkrog@rmkb.com

Attorneys for Defendant
CHASE BANK USA, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE

VICTORIA SMITH,

    Plaintiff,

v.

CHASE BANK USA, NATIONAL ASSOCIATION an FDIC insured corporation and DOES 1 through 100 inclusive,

    Defendants.

CASE NO. 5:12-CV-02510-LHK

**STIPULATED REQUEST FOR DISMISSAL AND ~~PROPOSED~~ ORDER**

//
//
//
//
//
//
//
//
//
//
//

STIPULATED REQUEST FOR DISMISSAL AND ~~PROPOSED~~ ORDER

IT IS HEREBY STIPULATED by and between Plaintiff Victoria Smith and Defendant Chase Bank USA, N.A. that the above-entitled action be dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

Dated: November 14, 2012

ROPERS, MAJESKI, KOHN & BENTLEY, PC

By: /s/ George G. Weickhardt
    GEORGE G. WEICKHARDT
    WENDY C. KROG
    Attorneys for Defendant
    CHASE BANK USA, N.A.

Dated: November 14, 2012

SAGARIA LAW, P.C.

By: /s/ Elliot Gale
    SCOTT J. SAGARIA
    ELLIOT W. GALE
    Attorneys for Plaintiff
    VICTORIA SMITH

## [~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED. The Clerk shall close the file.

DATED: November 15, 2012

/s/ Lucy H. Koh
UNITED STATES DISTRICT JUDGE

STIPULATED REQUEST FOR DISMISSAL AND [~~PROPOSED~~] ORDER