GEORGE G. WEICKHARDT (SBN 58586)
WENDY C. KROG (SBN 257010)
ROPERS, MAJESKI, KOHN & BENTLEY, PC
201 Spear Street, Suite 1000
San Francisco, CA 94105-1667
Telephone:   (415) 543-4800
Facsimile:   (415) 972-6301
Email:       gweickhardt@rmkb.com
             wkrog@rmkb.com

Attorneys for Defendant
CHASE BANK USA, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE

| | |
|---|---|
| VICTORIA SMITH,<br><br>  Plaintiff,<br><br>v.<br><br>CHASE BANK USA, NATIONAL ASSOCIATION an FDIC insured corporation and DOES 1 through 100 inclusive,<br><br>  Defendants. | CASE NO. 5:12-CV-02510-LHK<br><br>**STIPULATED REQUEST FOR DISMISSAL AND ~~PROPOSED~~ ORDER** |

// 
// 
// 
// 
// 
// 
// 
// 
// 
// 
// 

STIPULATED REQUEST FOR DISMISSAL AND
~~PROPOSED~~ ORDER

IT IS HEREBY STIPULATED by and between Plaintiff Victoria Smith and Defendant Chase Bank USA, N.A. that the above-entitled action be dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

Dated: November 14, 2012                ROPERS, MAJESKI, KOHN & BENTLEY, PC

By: /s/ George G. Weickhardt
    GEORGE G. WEICKHARDT
    WENDY C. KROG
    Attorneys for Defendant
    CHASE BANK USA, N.A.

Dated: November 14, 2012                SAGARIA LAW, P.C.

By: /s/ Elliot Gale
    SCOTT J. SAGARIA
    ELLIOT W. GALE
    Attorneys for Plaintiff
    VICTORIA SMITH

## [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.   The Clerk shall close the file.

DATED: November 15, 2012

*Lucy H. Koh*
UNITED STATES DISTRICT JUDGE

STIPULATED REQUEST FOR DISMISSAL AND [PROPOSED] ORDER